**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Civil No.:** MISC NO 00-35 PAM/JGL

**Letters Rogatory from the Argentine Federal Civil and Commercial Court of First Instance, No. 5**

**(Boston Cia. Arg. de Seguros S.A., v. Federal Express Corp.)**

**Order Directing Transmittal of Response to Letter Rogatory to the Argentine Federal Civil and Commercial Court of First Instance, No. 5**

The Court has considered the Petition submitted by Federal Express, the Letter Rogatory issued by Judge Jorge Diego Anderson of the Federal Civil and Commercial Court of First Instance, No. 5 of the Republic of Argentina, and Pfizer-Schneider's Response to Letter Rogatory voluntarily submitted to Federal Express involved herein. Accordingly,

IT IS HEREBY ORDERED that:

1. Federal Express's Petition seeking acknowledgement and transmittal of Pfizer-Schneider's Response to the Letter Rogatory transmitted from the Argentinian courts is granted.

2. The attached Response to Letter Rogatory shall be transmitted under cover of this Order to the Central Authority of the Argentine Consulate in Chicago, Illinois.

3. The attached Response to Letter Rogatory shall further be transmitted under cover of this Order through diplomatic channels by the Argentine Consulate in Chicago to

FILED 8-17-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

the Argentine Ministry of Foreign Affairs.

Date: Aug. 17, 2000

Magistrate Judge of the United States
District Court, District of Minnesota

M2:20257704.02